➢AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

Lotus Management, LLC, and Ronald MacDonald,
                      Plaintiff (s),
          V.
Soundview Communications, Inc.
                      Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-3402-EMC

Notice is hereby given that, subject to approval by the court, __Lotus Management, LLC__ substitutes
                                                                          (Party (s) Name)

__Aubrey L. Harper, Jr__ , State Bar No. __TN 15817__ as counsel of record in
(Name of New Attorney)

place of __Walt Moreno__
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Aubrey L. Harper, Jr. Attorney at Law
    Address:         3330 Roberts Road, Chattanooga, Tennessee 37416
    Telephone:     (931) 607-2299              Facsimile  (423) 468-3159
    E-Mail (Optional):   aubreyharper2007@comcast.net

I consent to the above substitution.
Date: 9/27/2013
                                                                           (Signature of Party (s))

I consent to being substituted.
Date: 10/10/13
                                                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/27/2013
                                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 28, 2013
                                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]